# IN THE SUPREME COURT OF PENNSYLVANIA

OFFICE OF DISCIPLINARY COUNSEL, : No. 2291 Disciplinary Docket No. 3
:
              Petitioner : No. 89 DB 2015
:
           v. : Attorney Registration No. 31598
:
B. FINCOURT SHELTON, : (Delaware County)
:
             Respondent :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 20th day of October, 2016, upon consideration of the Report and Recommendations of the Disciplinary Board and the parties' responses, the request for oral argument is denied and B. Fincourt Shelton is suspended from the Bar of this Commonwealth for a period of four years. Respondent shall comply with all the provisions of Pa.R.D.E. 217 and shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).